UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| CORY LEJEUNE, Individually and on behalf of HUDSON LEJEUNE | * * * | CIVIL ACTION NO. _____ |
| VERSUS | * * * | JUDGE _____ |
| VENTURA TRANSPORTATION, INC., OSCAR ROSA LOPEZ and AMERICAN SENTINEL INSURANCE COMPANY | * * * * * | MAGISTRATE _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **NOTICE OF REMOVAL**

TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, LAFAYETTE DIVISION

United States District Courthouse
800 Lafayette Street, Suite 2100
Lafayette, Louisiana   70501

Petitioner, VENTURA TRANSPORTATION, INC., appearing herein as the correct party for the incorrectly named "Ventura Transportation Services, LLC," gives notice of the removal of the civil action styled "Cory Lejeune, Individually, and on behalf of Hudson Lejeune versus Oscar Rosa Lopez, Ventura Transportation Services, LLC and American Sentinel Insurance Company," Docket No. C-20221524, Division "J", from the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lafayette Division. Petitioner files this Notice of Removal with full reservation of any

and all rights, defenses, and objections, including but not limited to insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, no right of action, lack of standing, prescription, preemption, and no cause of action. Petitioner does not acknowledge any liability or agree to CORY LEJEUNE's ("Plaintiff") right to recover any damages. In support of removal, VENTURA TRANSPORTATION, INC. respectfully represents as follows:

### I. FACTUAL AND PROCEDURAL BACKGROUND

1.

On or about March 25, 2022, Plaintiff filed the instant civil action in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, bearing the caption "Cory Lejeune, Individually, and on behalf of Hudson Lejeune versus Oscar Rosa Lopez, Ventura Transportation Services, LLC and American Sentinel Insurance Company," and bearing Docket No. C-20221524 ("the Lawsuit"). Plaintiff named as defendants Oscar Rosa Lopez, "Ventura Transportation Services, LLC," and American Sentinel Insurance Company. A copy of the complete state court record including the original petition is attached as **Exhibit A**, *in globo*, in accordance with 28 U.S.C. § 1446(a).

2.

Service of the Lawsuit was effected on Oscar Rosa Lopez on April 18, 2022, (*see* **Exhibit A**, at p. 13) and on American Sentinel Insurance Company on April 8, 2022, (*see* **Exhibit A**, at p. 15). Citation addressed to "Ventura Transportation", along with a copy of the lawsuit and Plaintiff's "First Supplemental and Amending Petition for

Damages", was received by Edgar Ventura, the registered agent for service of process for VENTURA TRANSPORTATION, INC., via certified mail on September 1, 2022. (*see* **Exhibit B**, a copy of all process, pleadings and orders served upon VENTURA TRANSPORTATION, INC.). Despite the naming of "Ventura Transportation Services, LLC" in the original petition, and the citation addressed solely to "Ventura Transportation," a *non-sequitur,* VENTURA TRANSPORTATION, INC. is the correct defendant and the real party in interest herein. As VENTURA TRANSPORTATION, INC. first received legal notice of the Lawsuit via service of citation addressed to "Ventura Transportation," but delivered to VENTURA TRANSPORTATION, INC.'s agent for service of process on September 1, 2022, this notice is timely filed under the provisions of 28 U.S.C. § 1446(b).

## II. DIVERSITY OF CITIZENSHIP

3.

This is a matter over which this Honorable Court has original diversity jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

4.

Plaintiff, CORY LEJEUNE, is a citizen of the State of Louisiana. *See* **Exhibit A**, p. 5 ("Petition for Damages").

5.

Defendant, Oscar Rosa Lopez is a citizen of the State of Texas. *See* **Exhibit A**, p. 5 ¶ I., and "Consent to Removal" of Oscar Rosa Lopez (**Exhibit C**.)

6.

The defendant American Sentinel Insurance Company is likewise not a Louisiana citizen. It is a Pennsylvania corporation with its principal place of business in Pennsylvania. *See* **Exhibit A**, p. 5 ¶ I., and "Consent to Removal" of American Sentinel Insurance Company (**Exhibit D**.) Therefore, American Sentinel Insurance Company is a citizen of the State of Pennsylvania for the purposes of 28 U.S.C. § 1332.

7.

VENTURA TRANSPORTATION, INC., the real party in interest herein, is a corporation organized and existing under the laws of, and having its principal place of business in, the State of Texas. Therefore, VENTURA TRANSPORTATION, INC. is a citizen of the state of Texas for the purposes of 28 U.S.C. § 1332.

8.

VENTURA TRANSPORTATION, INC. shows that it is facially apparent from the plaintiff's Petition that the amount of controversy herein exceeds $75,000.

9.

Plaintiff alleges in the Lawsuit that he "sustained serious injuries to his neck, back and entire body as a whole," and that his son, Hudson Lejeune, "sustained serious injuries to his head and entire body as a whole." *See*, **Exhibit A**, p. 7, ¶s VIII. and IX. The Lawsuit further alleges that Plaintiff's damages include past medical expenses, future medical expenses, past physical pain and suffering, future physical pain and suffering, past mental and emotional anguish, future mental and emotional anguish, past disability, future disability, past loss of enjoyment of life, future loss of enjoyment of life, past loss of earning capacity and future loss of earning capacity.

10.

Louisiana Code of Civil Procedure article 893(A)(1) states that a plaintiff generally is not allowed to plead the specific monetary amount of his damages but may do so if a specific amount of damages is necessary to establish the lack of jurisdiction of the federal courts. In this case, Plaintiff did not allege that the damages claimed on his behalf or on behalf of his minor son were less than $75,000.00 in order to defeat federal jurisdiction.

11.

This suit is therefore an action over which this Honorable Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by defendant under the provisions of 28 U.S.C. § 1441, in that it is a

civil action between citizens of different states, wherein the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### III.  ALL PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

12.

All of the defendants named in the Lawsuit consent to this removal.  A copy of all process, pleadings and orders served upon VENTURA TRANSPORTATION, INC., the removing defendant, is attached hereto as **Exhibit B.**

13.

The United States District Court for the Western District of Louisiana encompasses Lafayette Parish, the parish in which the Lawsuit is now pending. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

14.

As required by 28 U.S.C. §1446(d), Petitioner has provided notice to the Clerk of Court for the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, through the contemporaneous filing of this Notice of Removal and a Notice of Filing of Notice of Removal into the record of proceedings in the Lawsuit in the state court, and has further notified Plaintiff by delivery of same to his counsel of record.  A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit E**.

15.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court and the filing of same with the state court serves immediately to confer upon

this Court exclusive jurisdiction over this action and simultaneously to divest the state court of jurisdiction with respect to the Lawsuit; and to effect the removal of the Lawsuit from the state court, which shall proceed no further unless and until the case is remanded.

**WHEREFORE**, Petitioner, VENTURA TRANSPORTATION, INC., with the consent of all defendants, respectfully submits this Notice of Removal to this Honorable Court and hereby removes the instant civil action bearing the caption "Cory Lejeune, Individually, and on behalf of Hudson Lejeune versus Oscar Rosa Lopez, Ventura Transportation Services, LLC and American Sentinel Insurance Company," and bearing Docket No. C-20221524, Division "J", from the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, to this Honorable Court for further proceedings and disposition.

                                        Respectfully submitted,

                                        HILL & BEYER
                                        A Professional Law Corporation

                                        *s/Bret C. Beyer, Sr.*
                                        BRET C. BEYER, SR. (#18113)
                                        MEGAN E. REAUX (#34174)
                                        Post Office Box 53006
                                        Lafayette, LA   70505-3006
                                        (337) 232-9733
                                        *bbeyer@hillandbeyer.com*
                                        *mreaux@hillandbeyer.com*
                                        Attorneys for VENTURA TRANSPORTATION, INC.

# **CERTIFICATE**

    I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal was provided to all counsel of record via facsimile, hand delivery, electronic mail and/or U.S. mail, postage prepaid and properly addressed, on this 27th day of September, 2022.

                                        */s/ Bret C. Beyer, Sr.*
                                        BRET C. BEYER, SR.